# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00782-CR

**Aaron Meininger, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT NO. 08-1244-K368, THE HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Aaron Meininger has filed a motion to dismiss his appeal. We grant the motion and dismiss the appeal.[1] *See* Tex. R. App. P. 42.2(a).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: August 8, 2013

Do Not Publish

---

[1] Appellant's pro bono counsel has also filed a motion to withdraw as counsel on appeal. In light of our dismissal of this appeal, we dismiss his motion as moot.